UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,          )
                                   )
                Plaintiff,         )
                                   )
                                   )   CASE NO. 05-8lM-2-MPT
        vs.                        )
                                   )
    ERIC SAMPSON                   )
                                   )
                Defendant.         )

## O R D E R

The financial inability of the defendant to retain counsel

having been established by the Court, and the defendant not

having waived the appointment of counsel,

It is on this 29 day of April , 2005,

ORDERED that **Penny Marshall, Esq.** from the Office of the Federal

Public Defender for the District of Delaware is hereby appointed

to represent said defendant in the cause until further order of

the Court.

_____
Hon. Joseph J. Farnan, Jr.
United States District Judge

cc: Federal Public Defender
    704 King Street
    First Federal Plaza, Suite 110
    Wilmington, DE 19801
    (302) 573-6010

    Defendant
    United States Attorney