IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 05-57-JJF |
| | ) | |
| ERIC SAMPSON, | ) | |
| | ) | |
| Defendant. | ) | |

## INFORMATION ALLEGING SECTION 851 ENHANCEMENT

The United States hereby alleges that Defendant Eric Sampson has a prior conviction for a felony drug offense, to wit, Maintaining a Vehicle for Keeping Controlled Substances, in violation of 16 Del. Code 4755(a)(5) & (b), on or about March 16, 2004, in the Superior Court of the State of Delaware in and for Sussex County.

                                        COLM F. CONNOLLY
                                        United States Attorney

                              By:  /s/ Richard G. Andrews

                                        Richard G. Andrews
                                        First Assistant United States Attorney

Dated: July 28, 2005

**CERTIFICATE OF SERVICE**

    I, Richard G. Andrews, First Assistant United States Attorney for the District of Delaware, hereby certify under penalty of perjury that on the 28th day of July, 2005, I electronically filed a motion, INFORMATION ALLEGING SECTION 851 ENHANCEMENT, with the Clerk of Court using CM/ECF. Said document is available for viewing and downloading from CM/ECF, which will send notification of such filing(s) to the following:

      Penny Marshall, Esquire
      Assistant Federal Public Defender
      First Federal Plaza, Suite 110
      704 King Street
      Wilmington, DE 19801

        /s/ Richard G. Andrews
        Richard G. Andrews
        First Assistant United States Attorney