IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 05-57-01 JJF |
| ERIC SAMPSON, | : |
| Defendant. | : |

**O R D E R**

WHEREAS, the Court received a proposed Memorandum of Plea Agreement (D.I. 18) in the above-captioned case;

NOW THEREFORE, IT IS HEREBY ORDERED that a Rule 11 hearing will be held on **Wednesday, September 7, 2005, at 10:30 a.m.**, in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington.

August 22, 2005
DATE

_____
UNITED STATES DISTRICT JUDGE