IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 05-57-1 JJF |
| ERIC SAMPSON, | : |
| Defendant. | : |

**O R D E R**

WHEREAS, the above Defendant having entered a plea of guilty to Count Three of the Indictment pending against him in this Court,

IT IS HEREBY ORDERED that Defendant's sentencing will be held on **Thursday, December 8, 2005, at 11:30 a.m.**, in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington.

September 14, 2005
DATE

_____
UNITED STATES DISTRICT JUDGE