*Filed in open court on 12/8/05*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. 05-57-JJF |
| ) | |
| ERIC SAMPSON, ) | |
| ) | |
| Defendant. ) | |

## MOTION AND ORDER TO DISMISS

NOW COMES the United States of America, by and through its attorney, Richard G. Andrews, Assistant United States Attorney for the District of Delaware, and hereby moves this Honorable Court to dismiss Counts I, II, IV and V of the Indictment pursuant to the Memorandum of Plea Agreement dated September 7, 2005.

COLM F. CONNOLLY
United States Attorney

By: _____
Richard G. Andrews
Assistant United States Attorney

Dated: 12/8/05

SO ORDERED this __8__ day of __December__, 2005.

_____
HONORABLE JOSEPH J. FARNAN, JR.
United States District Court