IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE
FILE/DOCKET № 1:05CR00057-001 (JJF)


UNITED STATES OF AMERICA          *

            vs.                    * CRIMINAL

ERIC SAMPSON                       * ACTION
        (Appellant-Defendant)      *

# NOTICE OF APPEAL

FILED
DEC 19 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

   NOTICE IS HEREBY Given that
ERIC SAMPSON defendant in the
above action hereby appeal to the
United States Court of Appeals for the
Third Circuit from the Final Judgment
of Conviction and Sentence imposed
on or about 8th day of December 2005
by Hon. JOSEPH J. Farnan, JR, U.S.D.J
Presiding in U.S. District Court in
District of DELAWARE.

Dated  12/13/05          /s/ Eric Sampson
                         ERIC SAMPSON
                         FED REG. 04976-015
                         F.D.C - PHILADELPHIA
                         UNIT #5N
                         P.O. Box 562
                         PHILADELPHIA
                         PA 19105



legal Mail

TO: THE CLERK OF Cou

J. CALEB BOGGS
FEDERAL BuiLDiNG
844 NORTH KiNG STR
WILMiNGTON, DE 198

SAMPSON
Reg. No 04976-015
Federal Detention Center
P.O. Box 562
Philadelphia, PA 19105.

FEDERAL DETENTION CENTER
PHILADELPHIA
P.O. BOX 562
PHILA, PA 19105
DATE

THE ENCLOSED LETTER WAS PROCESSED THROUGH
SPECIAL MAILING PROCEDURES FOR FORWARDING TO
YOU. THE LETTER HAS BEEN NEITHER OPENED NOR
INSPECTED. IF THE WRITER RAISES A QUESTION OR
PROBLEM OVER WHICH THIS FACILITY HAS JURIS-
DICTION, YOU MAY WISH TO RETURN THE MATERIAL
FOR FURTHER INFORMATION OR CLARIFICATION. IF
THE WRITER ENCLOSES CORRESPONDENCE FOR
FORWARDING TO ANOTHER ADDRESSEE, PLEASE
RETURN THE ENCLOSURE TO THE ABOVE ADDRESS.