IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE
FILE/DOCKET N° 1:05CR00057-001

UNITED STATES OF AMERICA
         vs
ERIC SAMPSON
         (Appellant-Defendant)

# INDIGENT APPLICATION

I ERIC SAMPSON hereby state under penalty of perjury that, because of my poverty, I cannot prepay the docket fee's of my Criminal appeal or post a bond for them. I believe I am entitled to redress.

Annexed is affidavit in support with institution Inmate account statement.

Dated 12/13/05        /s/ Eric Sampson
                      ERIC SAMPSON
                      FED. REG. 04976-015
                      F.D.C. - PHILADELPHIA
                      UNIT # 5N
                      P.O. BOX 562
                      PHILADELPHIA, PA 19105

FILED
DEC 19 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

* I Swear and affirm under Penalty of Perjury Under U.S. law that the answer in affidavit and this Motion is true and correct. (28 U.S.C § 1746; 18 U.S.C § 1621].

Dated 12/13/05        /s/ Eric Sampson



SAMPSON
Reg. No 04976-015
Federal Detention Center
P.O. Box 562
Philadelphia, PA 19105.

Legal Mail

TO: THE CLERK OF Court
J. CALEB BOGGS
FEDERAL BUILDING
844 NORTH KING STR
WILMINGTON, DE 198

FEDERAL DETENTION CENTER
PHILADELPHIA
P.O. BOX 562
PHILA, PA 19105
DATE 12/14/05

THE ENCLOSED LETTER WAS PROCESSED THROUGH SPECIAL MAILING PROCEDURES FOR FORWARDING TO YOU. THE LETTER HAS BEEN NEITHER OPENED NOR INSPECTED. IF THE WRITER RAISES A QUESTION OR PROBLEM OVER WHICH THIS FACILITY HAS JURISDICTION, YOU MAY WISH TO RETURN THE MATERIAL FOR FURTHER INFORMATION OR CLARIFICATION. IF THE WRITER ENCLOSES CORRESPONDENCE FOR FORWARDING TO ANOTHER ADDRESSEE, PLEASE RETURN THE ENCLOSURE TO THE ABOVE ADDRESS.