**Form 4. Affidavit Accompanying Motion for Permission to Appeal *In Forma Pauperis***

United States District Court for the _____ District of _____

A.B.,

*Plaintiff,*

United States of America

v.

C.D.,

Eric Sampson

*Defendant.*

Docket No.: 1:05CR-0057-001

FILED
DEC 19 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

| Affidavit in Support of Motion | Instructions |
|---|---|
| I swear or affirm under penalty of perjury that, because of my poverty, I cannot repay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct. (28 U.S.C. § 1746; 18 U.S.C. § 1621. | Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "O," "none," or "not applicable" ("N/A"), write in that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case docket number, and the question number. |
| Signed: Eric Sampson | Date: 12/13/05 |

My issues on appeal are: My issues on this appeal are that i feel I was over representing by my criminal category and i have to many points so i would like to come back on an appeal. I have a cuple more issue about the sentence that i was given.

1.  For both you and your spouse, estimate the average amount of money received from each of the following sources during the last twelve (12) months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income Source | Average Monthly Amount During the Past Twelve (12) Months YOU | Amount Expected Next Month YOU |
|---|---|---|
| Employment | $ 7.25 | $ none |
| Self-employment | $ none | $ none |
| Income from real property (such as rental income) | $ None | $ none |
| Interest and dividends | $ NONE | $ none |
| Gifts | $ None | $ none |
| Alimony | $ None | $ none |
| Child support | $ None | $ none |
| Retirement (such as social security, insurance payments) | $ None | $ none |
| Unemployment payments | $ None | $ none |
| Public Assistance (such as "Welfare") | $ None | $ none |
| Other (specify): _____ | $ None | $ none |
| Total Monthly Income: | $1200 | $ none |

2. List your employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of Employment | Gross Monthly Pay |
|---|---|---|---|
| Addeco | Seaford, DE | 4/3/05 | 1200 |
| | | | |
| | | | |

3. List your spouse's employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of Employment | Gross Monthly Pay |
|---|---|---|---|
| N/A | | | $ |
| N/A | | | $ |
| N/A | | | $ |

4. How much cash do you or your spouse have? $ _None_ .

| Financial Institution | Type of Account | Amount You Have | Amount Your Spouse Has |
|---|---|---|---|
| None | None | $ None | $ None |
| None | None | $ None | $ None |
| None | None | $ None | $ None |

If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

5. List the assets and their values which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

| Home (value) | Other Real Estate | Motor Vehicle #1 (value) |
|---|---|---|
| None | None | Make & Year: None |
| None | None | Registration: None |

Motor Vehicle #1 (value)

Make & Year: None
Registration: None

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person Owing You or Your Spouse Money | Amount Owed You | Amount Owed to Your Spouse |
|---|---|---|
| None | None | None |
| None | None | None |

7. State the persons who rely on you or your spouse for support.

| Name | Relationship | Age |
|---|---|---|
| NONE | | |
| NONE | | |

8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

|  | YOU | YOUR SPOUSE |
|---|---|---|
| Rent or home mortgage payment (include lot rented for mobile home) | $ NONE | $ NONE |
| Are real estate taxes included?    Yes [ ]    No [ ] | $ | $ |
| Utilities (electricity, heating fuel, water, sewer and telephone) | $ | $ |
| Home maintenance (repairs and upkeep) | $ | $ |
| Food | $ | $ |
| Clothing | $ | $ |
| Laundry and Dry Cleaning | $ | $ |
| Medical and Dental expenses | $ | $ |
| Transportation (not including motor vehicle payments) | $ | $ |
| Recreation, entertainment, newspapers, magazines, etc. | $ | $ |
| Insurance (not deducted from wages or included in Mortgage payments) | $ | $ |
| Homeowner's or Renter's | $ | $ |
| Life | $ | $ |
| Health | $ | $ |
| Motor Vehicle | $ | $ |
| Other : _____ | $ | $ |
| Taxes (not deducted from wages or included in Mortgage payments (specify)): _____ | $ | $ |
| Installments payments | $ | $ |
| Motor Vehicle | $ | $ |
| Credit Card (name): _____ | $ | $ |
| Department Store (name): _____ | $ | $ |
| Other: _____ | $ | $ |
| Alimony, maintenance, and support paid to others | $ | $ |
| Regular expenses for operation of business, profession, or farm (attach detailed statement) | $ | $ |
| Other (specify): _____ | $ | $ |

9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months? Yes [ ] No [✓]. If yes, how much $_____.

   If yes, state the attorney's name address, and telephone number.

   Name: _____N/A_____
   Address: _____
   Telephone: _____

10. Have you paid–or will you be paying–an attorney any money for services in connection with this case, including the completion of this form? Yes [ ] No [✓]. If yes, how much? $_____.

    If yes, state the attorney's name address, and telephone number.

    Name: _____N/A_____
    Address: _____
    Telephone: _____

11. Have you paid–or will you be paying–anyone other than an attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form? Yes [ ] No [✓]. If yes, how much? $_____.

    If yes, state the person's name address, and telephone number.

    Name: _____N/A_____
    Address: _____
    Telephone: _____

12. Provide any other information that will help explain why you cannot pay the docket fees for your appeal.

13. State the address of your legal residence: #11 B Chandler Heights, Seaford, DE 19973 (Right now I'm in Philadelphia Federal Detention Center in Pennsylvania)
    Your daytime phone number: (302) 262-3221
    Your Age: 25
    Your years of schooling: 11
    Your Social Security Number: 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

my lawyer name and address is:
Eleni Kousoulis
704 King Street
Wilmington, DE 19801
(302) 573-6010

## Inmate Inquiry

[PRINT]

| | | | |
|---|---|---|---|
| Inmate Reg #: | 04976015 | Current Institution: | Philadelphia FDC |
| Inmate Name: | SAMPSON, ERIC | Housing Unit: | 5 NORTH |
| Report Date: | 12/12/2005 | Living Quarters: | E02-542U |
| Report Time: | 10:03:01 AM | | |

General Information | Account Balances | Commissary History | Commissary Restrictions | Comments

### General Information

| | |
|---|---|
| Administrative Hold Indicator: | No |
| No Power of Attorney: | No |
| Never Waive NSF Fee: | No |
| Max Allowed Deduction %: | 100 |
| PIN: | 0688 |
| FRP Participation Status: | Unassigned |
| Arrived From: | |
| Transferred To: | |
| Account Creation Date: | 12/8/2005 |
| Local Account Activation Date: | 12/9/2005 3:44:28 AM |
| Sort Codes: | |
| Last Account Update: | 12/9/2005 3:44:28 AM |
| Account Status: | Active |
| ITS Balance: | $0.00 |

**FRP Plan Information**

FRP Plan Type    Expected Amount    Expected Rate

### Account Balances

| | |
|---|---|
| Account Balance: | $0.00 |
| Pre-Release Balance: | $0.00 |
| Debt Encumbrance: | $0.00 |
| SPO Encumbrance: | $0.00 |
| Other Encumbrances: | $0.00 |
| Outstanding Negotiable Instruments: | $0.00 |
| Administrative Hold Balance: | $0.00 |
| Available Balance: | $0.00 |
| National 6 Months Deposits: | $0.00 |
| National 6 Months Withdrawals: | $0.00 |
| National 6 Months Avg Daily Balance: | $0.00 |
| Local Max. Balance - Prev. 30 Days: | $0.00 |
| Average Balance - Prev. 30 Days: | $0.00 |
| Inmate Qualifies for OTC Medication | |

## Commissary History

### Purchases

Validation Period Purchases: $0.00
YTD Purchases: $0.00
Last Sales Date: No Comm Sales

### SPO Information

SPO's this Month: 0
SPO $ this Quarter: $0.00

### Spending Limit Info

Spending Limit Override: No
Weekly Revalidation: No
Spending Limit: $175.00
Expended Spending Limit: $0.00
Remaining Spending Limit: $175.00

## Commissary Restrictions

### Spending Limit Restrictions

Restricted Spending Limit: $0.00
Restricted Expended Amount: $0.00
Restricted Remaining Spending Limit: $0.00
Restriction Start Date: N/A
Restriction End Date: N/A

### Item Restrictions

List Name   List Type   Start Date   End Date   Userid   Active

## Comments

Comments:

Legal Mail

ERIC SAMPSON
Reg. No 04976-015
Federal Detention Center
P.O. Box 562
Philadelphia, PA 19105.

TO: THE CLERK OF C[ourt]
J. CALEB BOGGS
FEDERAL BUILDING
844 NORTH KING ST
WILMINGTON, DE 19[801]

FEDERAL DETENTION CENTER
PHILADELPHIA
P.O. BOX 562
PHILA, PA 19105
DATE 12/19/05

THE ENCLOSED LETTER WAS PROCESSED THROUGH SPECIAL MAILING PROCEDURES FOR FORWARDING TO YOU. THE LETTER HAS BEEN NEITHER OPENED NOR INSPECTED. IF THE WRITER RAISES A QUESTION OR PROBLEM OVER WHICH THIS FACILITY HAS JURISDICTION, YOU MAY WISH TO RETURN THE MATERIAL FOR FURTHER INFORMATION OR CLARIFICATION. IF THE WRITER ENCLOSES CORRESPONDENCE FOR FORWARDING TO ANOTHER ADDRESSEE, PLEASE RETURN THE ENCLOSURE TO THE ABOVE ADDRESS.

Legal Mail