IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 05-57-JJF |
| | : | |
| ERIC SAMPSON, | : | |
| | : | |
| Defendant. | : | |

DEFENDANT'S MOTION FOR
RETROACTIVE COCAINE BASE SENTENCING REDUCTION

AND NOW comes the defendant, Eric Sampson, by his attorney Edson A. Bostic, Federal Public Defender, and pursuant to 18 U.S.C. § 3582 (c) (2), files this Motion for Retroactive Cocaine Base Sentencing Reduction.

1. By written report dated May 6, 2008, the United States Probation Office determined that defendant, Eric Sampson, qualifies for the two-level guideline reduction, and that application of the reduction produces a revised guideline range of 120 to 125 months imprisonment.

2. By letter dated July 3, 2008, the United States Attorney's Office indicated that it did not oppose application of the two-level reduction, and further indicated that the only available reduction was a one-month reduction (from the current sentence of 121 months imprisonment to the statutory mandatory minimum of 120 months imprisonment).

3. Defendant waives an evidentiary hearing, concurs in the Probation Officer's written report, and requests a sentence of 120 months imprisonment.

WHEREFORE, it is respectfully requested that Mr. Sampson's Motion for Retroactive Cocaine Base Sentencing Reduction be GRANTED.

Respectfully submitted,

 /s/ Edson A. Bostic
Edson A. Bostic, Esquire
Federal Public Defender
One Customs House
704 King Street, Suite 110
Wilmington, Delaware 19801
302-573-6010
ecf_de@msn.com

Attorney for Defendant Eric Sampson

Date: July 11, 2008