AO 247 (02/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

District of Delaware

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No: 1:05CR. 00057-001 (JJF) |
| Eric Sampson ) | USM No: 04976-015 |
| Date of Previous Judgment: March 17, 2006 ) | Edson Bostic |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of  X the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
   ☐ DENIED.  X GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __121__ months **is reduced to** __120__ .

## I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 29 | Amended Offense Level: | 27 |
| Criminal History Category: | IV | Criminal History Category: | IV |
| Previous Guideline Range: | 121 to 151 months | Amended Guideline Range: | 100 to 125 months |

## II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE
☐ The reduced sentence is within the amended guideline range.

X Other (explain):   With a New Range of 100 to 125 months the defendants minimum adjusted sentence would fall below the statutory minimum mandatory of 120 months in count three of the indictment. Therefore, the defendant's adjusted imposed sentence would be 120 months which meets the statutory mandatory minimum.

## III. ADDITIONAL COMMENTS

Except as provided above, all provisions of the judgment dated __12/08/2005__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 7/14/08

Judge's signature

Effective Date: _____
(if different from order date)

U.S. District Judge Joseph J. Farnan, Jr.
Printed name and title